

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00011-CV

**IN THE INTEREST OF D.A.A. III**, D.A.A., D.A.A., and A.D.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05227
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed for want of prosecution**. Costs of court for this appeal are taxed against Daniel Alderete Jr.

SIGNED February 14, 2024.

_____
Patricia O. Alvarez, Justice